# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE M CLEARY , et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>AMERICAN AIRLINES<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:20–cv–08139–DDP–MRW<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

____        ____        ____

Date Filed       Doc. No.      Title of Doc.

**ERROR(S) WITH DOCUMENT:**

*Other Error(s):*

Attachments # 1 Civil Cover Sheet, Attachment # 2 Summons and Attachment # 3 Notice of Interested Parties should not have been attached to Docket Entry No.1 Each document should have been filed separately. You are not required to take any action to correct this deficiency unless the Court so directs.

Clerk, U.S. District Court

Dated: September 8, 2020       By: /s/ *Estrella Tamayo  Estrella_Liberato@cacd.uscourts.gov*
                                         Deputy Clerk