GWYN WILLIAMS*
gwyn.williams@lw.com
DAVID TOLLEY*
david.tolley@lw.com
LATHAM & WATKINS LLP
200 Clarendon Street
27th Floor
Boston, Massachusetts 02116
Tel: 617.948.6000
Fax: 617.948.6001

JOSHUA G. HAMILTON (Bar No. 199610)
Joshua.hamilton@lw.com
LATHAM & WATKINS LLP
10250 Constellation Boulevard
Suite 1100
Los Angeles, California 90071
Tel: 424.653.5500
Fax: 424.653.5501

Attorneys for Defendant
*Admitted *pro hac vice*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Katherine M. Cleary, et al., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN AIRLINES, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 2:20-cv-08139-PA-MRW<br><br>**JOINT STIPULATION TO TRANSFER CASE TO UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS PURSUANT TO 28 U.S.C. § 1404(a)** |

Plaintiffs Katherine M. Cleary, William Cleary, Eric Earll, Judy Crosson, and Filippo Ferrigni (collectively, "Plaintiffs") and Defendant American Airlines, Inc. ("American" or "Defendant"), by and through their respective attorneys of record, herein stipulate as follows, subject to the permission of this Court:

WHEREAS, on September 4, 2020, Plaintiffs filed a putative class action

complaint ("Complaint") against Defendant alleging a breach of contract violation;

WHEREAS, on September 24, 2020, Plaintiffs served the Complaint on Defendant;

WHEREAS, on November 13, 2020, Defendant timely responded to the Complaint and filed a Motion to Transfer for Improper Venue and Motion to Dismiss Claims of Certain Plaintiffs for Lack of Personal Jurisdiction ("Motion"), with a hearing date of December 14, 2020;

WHEREAS, on November 20, 2020, the Parties filed a stipulation to extend the hearing date on Defendant's Motion, permit Plaintiffs to seek limited jurisdiction discovery to oppose the Motion, and extend the deadline for Plaintiffs to file their Motion for Class Certification;

WHEREAS, on November 23, 2020, the Court ordered that the hearing on the Motion was continued to February 1, 2021, Plaintiffs could take limited discovery on jurisdiction, and Plaintiffs deadline to file their Motion for Class Certification was on or before February 15, 2021;

WHEREAS, on November 24, 2020, Plaintiffs served on Defendant limited discovery regarding jurisdiction, which Defendant timely responded to on December 23, 2020;

WHEREAS, under 28 U.S.C. § 1404(a), "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought;"

WHEREAS, the Parties agree that for the convenience of all parties and their witnesses and in the interest of justice, the Action should be transferred to the United States District Court for the Northern District of Texas, Fort Worth Division, because American is subject to general jurisdiction in Texas and American has its corporate headquarters and transacts business in Fort Worth, Texas, which is located in the Northern District of Texas, Fort Worth Division;

WHEREAS, the case is in the early stages and there are no motions or other proceedings pending at this time with the exception of the Motion hearing scheduled for February 1, 2021;

WHEREAS, this request to transfer venue is not made for purposes of delay or any other improper reason;

WHEREAS, this Stipulation provides for Plaintiffs' consent to the transfer requested in the Motion;

WHEREAS, based on the above and pursuant to 28 U.S.C. § 1404(a), Plaintiffs and Defendant respectfully request that the Court enter an Order transferring the Action to the United States District Court for the Northern District of Texas, Fort Worth Division;

NOW THEREFORE, pursuant to Civil Local Rule 7-1, the Parties hereby agree and stipulate:

1.    The Action shall be transferred to the United States District Court for the Northern District of Texas, Fort Worth Division.


DATED: January 5, 2021          Respectfully submitted,

                                LATHAM & WATKINS LLP

                                By: */s/ Gwyn Williams*
                                    Gwyn Williams

                                    *Attorney for Defendant*
                                    *American Airlines, Inc.*

DATED: January 5, 2021          DEBLASE BROWN EYERLY LLP

                                By: */s/ Michael Eyerly*
                                    Michael Eyerly

                                    *Attorney for Plaintiffs*
                                    *Katherine M. Cleary et al.*

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Gwyn Williams, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized such filing.


DATED: January 5, 2021                    _/s/ Gwyn Williams_
                                          Gwyn Williams