GWYN WILLIAMS*
gwyn.williams@lw.com
DAVID TOLLEY*
david.tolley@lw.com
LATHAM & WATKINS LLP
200 Clarendon Street
27th Floor
Boston, Massachusetts 02116
Tel: 617.948.6000
Fax: 617.948.6001

JOSHUA G. HAMILTON (Bar No. 199610)
Joshua.hamilton@lw.com
LATHAM & WATKINS LLP
10250 Constellation Boulevard
Suite 1100
Los Angeles, California 90071
Tel: 424.653.5500
Fax: 424.653.5501

Attorneys for Defendant
*Admitted *pro hac vice*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Katherine M. Cleary, et al., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN AIRLINES, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 2:20-cv-08139-PA-MRW<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO TRANSFER CASE TO UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS PURSUANT TO 28 U.S.C. § 1404(a)** |

On January 5, 2021, Plaintiffs Katherine M. Cleary, William Cleary, Eric Earll, Judy Crosson, and Filippo Ferrigni (collectively, "Plaintiffs") and Defendant American Airlines, Inc. ("American" or "Defendant"), filed their Stipulation to Transfer Case to United States District Court for the Northern District of Texas Pursuant to 28 U.S.C. § 1404(a). The Court having reviewed the stipulation and good

cause appearing, orders as follows:

    In the interest of justice, and private and judicial economy, the request for transfer of venue to the United States District Court for the Northern District of Texas, Fort Worth Division is hereby GRANTED.

IT IS SO ORDERED

Dated: _____

                                                _____
                                                Honorable Percy Anderson
                                                UNITED STATES DISTRICT JUDGE